FILED
CLERK, U.S. DISTRICT COURT

AUG 25

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AGUILAR, JR., | Case No. CV 08-0529-AHS (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| JOSEPH WOODRING, Warden, | |
| Respondent. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: AUG 25 2008

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE